IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| RACHEL FETTERMAN, | CIVIL ACTION NO. 3:20-cv-00440 |
| Plaintiff, | |
| v. | JUDGE WALTER RICE |
| | MAGISTRATE JUDGE SILVAIN |
| KILOLO KIJAKAZI,[1] Commissioner of Social Security, | |
| | ORDER |
| Defendant. | |

This cause coming before the Court on the stipulation of the parties, due notice having been given, and the Court being fully advised, it is hereby ordered that:

This matter shall be remanded to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). On remand, the claim will be sent to an administrative law judge for further consideration of Plaintiff's claim, further development of the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act, and issuance of a new decision.

Date: 7.19.21        Entered: [signature]

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).